# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINZELL FERRELL, | Civil No. 3:18-cv-1835 |
| Plaintiff | (Judge Mariani) |
| v. | |
| JOHN E. WETZEL, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 30th day of May, 2019, upon consideration of Plaintiff's motion (Doc. 4) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 4) is **DENIED** without prejudice.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge