IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINZELL FERRELL, | : | Civil No. 3:18-cv-1835 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JOHN E. WETZEL, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 18th day of June, 2019, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

2. All pending motions (Docs. 16, 19) are **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge